IRVING H. SAYPOL et al., Copartners Practicing Law under the Firm Name of SAYPOL & KOTLER, et al., Respondents, *v.* HELEN E. McLAUGHLIN et al., Appellants.

Argued May 23, 1949; decided July 19, 1949.

*Rodger Whelan, Chester B. McLaughlin* and *Lester D. Stickles* for appellant.

*Samuel Lawrence Brennglass, Leo Kotler* and *Adele K. Saypol* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.